UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIANA L. STEWART,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. C12-5934 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendant's decision is **REVERSED**;

(3) This action is **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R; and

(4) **JUDGMENT** is for Plaintiff and the case should be closed.

Dated this 27th day January, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER